**Dismissed and Memorandum Opinion filed November 20, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00866-CV

---

**GRACIE MCBROOM, Appellant**

**V.**

**WAYNE DICKERSON, Appellee**

---

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2012-12625**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal with a notice of appeal filed September 11, 2012. According to the clerk's record, the order being appealed is not a final, appealable judgment. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if permitted by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

On October 19, 2012, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before November 1, 2012. *See* TEX. R. APP. P. 42.3(a). After considering appellant's response, we hold appellant has failed to demonstrate that this court has jurisdiction over the appeal.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.